FILED — Reset Form

2021 OCT 22 AM 9:33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 3:21cr31 TKW (struck) MJ21-4866 |
| Eugene Huelsman DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Indictment
in the Northern District of Florida Pensacola on May 18, 2021
at 4:30 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about January 9, 2021
in violation of Title 18 U.S.C., Section(s) 845(c)
to wit: Transmission in Interstate Commerce a Communication Containing a Threat to Injure The Person of Another

A warrant for defendant's arrest was issued by: Magistrate Judge Elizabeth M. Timothy

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Indictment and Arrest Warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/22/2021
             Date

/s/ Ryan Cunningham
Signature of Agent

Ryan Cunningham
Print Name of Agent

FBI
Agency

Special Agent
Title