Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2021 OCT 22 AM 9:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>3:21cr31-TKW |
| EUGENE HUELSMAN<br>USMS# _____<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION<br>MJ 21-4866 |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/21/2021 at 9:30 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Title 18 USC Section 845(c)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1963

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Emailed

10. Remarks (if any): _____

11. Name: Ryan Cunningham  (please print)

12. Office Phone Number: 323.828.9713    13. Agency: FBI

14. Signature: /s/ Ryan Cunningham    15. Date: 10/22/2021

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION